**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FUJITSU LIMITED<br>　　　　　Plaintiff/Counterdefendant,<br>　v.<br><br>TELLABS OPERATIONS, INC.,<br>TELLABS, INC., AND<br>TELLABS NORTH AMERICA, INC.<br><br>　　　　　Defendants/Counterclaimants.<br><br>TELLABS OPERATIONS, INC.,<br>TELLABS, INC., AND<br>TELLABS NORTH AMERICA, INC.<br>　　　　　Third-Party Plaintiffs,<br>　v.<br><br>FUJITSU NETWORK COMMUNICATIONS, INC.,<br>　　　　　Third-Party Defendant. | CIVIL ACTION NO. 1:12-CV-3229<br><br>JUDGE HOLDERMAN<br>MAGISTRATE JUDGE COLE<br><br><br><br><br>JURY TRIAL DEMANDED |

**TELLABS OPERATIONS INC.'S, TELLABS, INC.'S, AND TELLABS NORTH AMERICA INC.'S
STATEMENT OF SATISFACTION WITH THE FUJITSU ENTITIES' COMPLIANCE**

Pursuant to the Court's Order dated October 9, 2014 [Dkt. No. 244], Tellabs Operations, Inc., Tellabs, Inc., and Tellabs North America, Inc. (collectively "Tellabs") file this statement to inform the Court that, as of Thursday, October 9, 2014 at 2:17 p.m., Fujitsu Limited and Fujitsu Network Communications, Inc. (collectively "Fujitsu") had fully complied to Tellabs' satisfaction with the Court's Order of October 7, 2014. Tellabs' prior statement on October 9, 2014 [Dkt. No. 243] was intended to reflect and confirm Tellabs' satisfaction with Fujitsu's compliance at that time.

| | |
|---|---|
| Dated: October 10, 2014 | /s/ James P. Bradley |

        Richard O'Malley, Jr.
        Robert Leighton

        **SIDLEY AUSTIN LLP**
        One South Dearborn Street
        Chicago, Illinois 60603
        Telephone: 312.853.7000
        Facsimile: 312.853.7036

        James P. Bradley (*admitted pro hac vice*)
        Texas Bar No. 02826000
        Li Chen (*admitted pro hac vice*)
        Texas Bar No. 24001142
        Steve Malin (*admitted pro hac vice*)
        Texas Bar No. 12859750
        Kelley A. Conaty (*admitted pro hac vice*)
        Texas Bar No. 24040716
        Mark A. Dodd (*admitted pro hac vice*)
        Texas Bar No. 24040815
        Kristoffer B. Leftwich (*admitted pro hac vice*)
        Texas Bar No. 24046285
        R. Seth Reich, Jr. (*admitted pro hac vice*)
        Texas Bar No. 24088283

        **SIDLEY AUSTIN LLP**
        2001 Ross Avenue
        Suite 3600
        Dallas, Texas 75201
        Telephone: 214.981.3300
        Facsimile: 214.981.3400

        **ATTORNEYS FOR TELLABS OPERATIONS, INC., TELLABS, INC. AND TELLABS INC. NORTH AMERICA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that, on the 10th day of October 2014, I caused a copy of the foregoing to document to be served via mail on counsel of record.

*/s/ Kristoffer Leftwich*
Kristoffer Leftwich